Certificate Number: 05781-TXW-DE-041330543

Bankruptcy Case Number: 26-11570

05781-TXW-DE-041330543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2026, at 9:43 o'clock AM PDT, Marlon Chacon Jay completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: August 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President